THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | CASE NO. C23-1045 JCC |
| Plaintiffs, | ORDER |
| v. | |
| SVG CONTRACTORS, INC., | |
| Defendants. | |

This matter comes before the Court on Plaintiff's motion for default judgment. (Dkt. No. 10.) Plaintiff is a union's pension fund seeking to collect contributions from Defendant, who employs members represented by Local 853 of the International Brotherhood of Teamsters. (*See* Dkt. No. 1.) Defendant owed dues to Plaintiff pursuant to a Trust Agreement. (*Id*.) Defendant was properly served, (*see* Dkt. No. 7), yet has failed to timely appear and answer, and for this reason has been found to be in default. (*See* Dkt. No. 9.) Having thoroughly considered Plaintiff's present motion and the accompanying declaration, and pursuant to Federal Rule of Civil Procedure 55(b)(2), it is hereby ORDERED that:

Plaintiff is awarded judgment against Defendant for a total of $20,667.77, with post-judgment interest accruing thereupon at the rate of eight percent (8%) per annum from the date of entry until fully paid. The damages to be paid to Plaintiff consist of $14,933.98 for unpaid

contributions, $2,986.80 for liquidated damages, $846.99 for pre-judgment interest, $1,368.00 for attorney fees, and $532.00 for costs.

Because Plaintiff's damages were calculated on information provided by Defendant's remittance reports, this judgment shall not foreclose Plaintiff from collecting additional contributions for the time period July 2022 through January 2023, if a future audit reveals that Defendant owes Plaintiff additional dues.

DATED this 11th day of December 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C23-1045-JCC
PAGE - 2